UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVARISTO ESPINOZA ARAGON, *individually and on behalf of others similarly situated,*<br><br>　　　　　　　　　*Plaintiff,*<br><br>　　　　　-against-<br><br>HIP AT MURRAY STREET, LLC (d/b/a HARRY'S ITALIAN PIZZA), PAUL LAMAS, and PETER POULAKAKOS,<br><br>　　　　　　　　　*Defendants.* | 17-cv-3542 (WHP)<br><br>STIPULATION AMENDING SETTLEMENT AGREEMENT AND RELEASE |

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, pursuant to Paragraph 5 of the agreed-upon Settlement Agreement and Release ("Agreement") in this matter, that the Agreement is modified as follows:

- Paragraph 2 of the Agreement shall be amended as follows:

"2.    Release and Covenant Not To Sue: Plaintiff hereby releases from and forever discharges and covenants not to sue Defendants, and for each of them, their heirs, successors, assigns, affiliates, and parent organizations, for any and all charges, complaints, claims, causes of action, suits, debts, liens, contracts, rights, demands, controversies, losses, costs and or expenses, including legal fees and any other liabilities, known or unknown, (hereinafter referred to as "claim" or "claims") which Plaintiff at any time has, had, claims or claimed to have against Defendants relating specifically to the claims raised in the instant Litigation that have occurred as of the Effective Date of this Agreement. Similarly, Defendants release and discharge Plaintiffs from any and all known claims, and liabilities of any kind that they have, had or claimed to have against Plaintiffs relating specifically to the claims in the Litigation that have occurred as of the Effective Date of this Agreement."

Date:    New York, New York
　　　　August 27, 2018

_____
Wayne Scott Kreger, Esq.
LAW OFFICES OF WAYNE KREGER
303 5th Avenue, Suite 1201
New York, NY 10016
Tel: 212-956-2136
*Attorney for Defendants*

_____
Shawn Clark, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd. St. Suite 2020
New York, NY 10165
Tel.: 212.317.1200
*Attorneys for Plaintiffs*

1231196.1