UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------

EVARISTO ESPINOZA ARAGON,

          Plaintiff,

     -against-

HIP AT MURRAY STREET, LLC (d/b/a
HARRY'S ITALIAN PIZZA), *et al.*,

          Defendants.

---------------------------------

17cv3542

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

       This Court has reviewed the settlement agreement (ECF No. 31), as amended by the parties' stipulation (ECF No. 33), and finds it to be fair and reasonable under Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). The Clerk of Court is directed to mark this case as closed.

Dated: August 28, 2018
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.